IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEBORAH SOWL and KERRY T. SOWL,

    Plaintiffs,

v.                                                                      DEFAULT JUDGMENT

DEUTSCHE BANK NATIONAL TRUST COMPANY,                Case No. 10-cv-336-wmc
as Trustee of the IndyMac INDX Mortgage Loan Trust
2004-AR8, Mortgage Pass-Through Certificates, Series
2004-AR8 under the Pooling and Servicing Agreement
dated September 1, 2004,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley
presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Deborah

Sowl and Kerry T. Sowl against defendant Deutsche Bank National Trust Company in the amount

of $10,765.00.


By: _Lynn Kamle_, Deputy Clerk

_____          12-15-10
      Peter Oppeneer, Clerk of Court                                    Date